introduce deposition testimony. The deadline for filing a memorandum in opposition to the motion was January 31, 2005. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, sua sponte, that respondents' memorandum opposing relator's motion for leave to introduce deposition testimony be, and hereby is, stricken.

**2005–0192. State v. Mundt.**
Noble C.P. No. 2042002. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Noble County. On February 23, 2005, this court received a letter from the Noble County Clerk of Courts indicating that the size and nature of the physical exhibits introduced at trial may make the transport of those exhibits to this court difficult and further indicating that a photograph of each exhibit is contained in the record. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that the parties are to show cause, within twenty days of the date of this entry, why this court should not dispense with the transport of the physical exhibits to this court.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0390. Bd. of Edn. of Northridge Local Schools v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–B–35.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0004. Duke Realty Ltd. Partnership v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003—J–1358.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *March 7, 2005*

[Cite as *03/07/2005 Case Announcements*, 2005-Ohio-932.]

## MOTION AND PROCEDURAL RULINGS

**2004–1877. State v. Saxon.**
Cuyahoga App. No. 83889, 2004-Ohio-5017. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appearing to the court that appellee is without counsel,

IT IS ORDERED by the court that the court of appeals shall appoint counsel for appellee pursuant to S.Ct.Prac.R. III(7).

IT IS FURTHER ORDERED by the court that the Clerk shall send a copy of this entry to the clerk of the court of appeals and that appointed counsel shall file a copy of the court of appeals' entry of appointment with the Clerk of this court.

**2005–0192. State v. Mundt.**
Noble C.P. No. 2042002. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Noble County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted and the time for transmitting the record is extended to May 9, 2005.

## RECONSIDERATION OF PRIOR DECISIONS

**2004–1968. Strongsville Lodging Assoc. 1, Ltd. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–R–266. Reported at 105 Ohio St.3d 1434, 2005-Ohio-540, 822 N.E.2d 807. On motion for reconsideration. Motion denied.